PROB 34
(Rev. 5/01)

# Report and Order Terminating Probation

# UNITED STATES DISTRICT COURT
## FOR THE
### District of Guam

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 04-00010-001 |
| RIA LYNN QUITUGUA | |

**FILED**
DISTRICT COURT OF GUAM
JUN -1 2006
MARY L.M. MORAN
CLERK OF COURT

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **May 24, 2006**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

**RECEIVED**
JUN -1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

cc:  Frederick Black, AUSA
     Richard Arens, AFPD
     File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ___1st___ day of ~~May~~ June 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL